# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-3781

_____

United States of America,

*Plaintiff - Appellee,*

v.

Jason August Eisenach,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: October 5, 2018
Filed: October 16, 2018
[Unpublished]

_____

Before LOKEN, COLLOTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Jason Eisenach appeals the sentence imposed by the district court[1] after he pleaded guilty to child-pornography offenses. Eisenach's counsel moved to withdraw

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.

and filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

We conclude that the district court did not impose an unreasonable sentence. The sentence was below the advisory guideline range. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court committed a clear error of judgment in weighing relevant factors. *See United States v. Salazar-Aleman*, 741 F.3d 878, 881 (8th Cir. 2013) (standard of review); *see also United States v. Torres-Ojeda*, 829 F.3d 1027, 1030 (8th Cir. 2016).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion and affirm.

_____